```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

SUSAN WHALEN and DANIEL WHALEN,        :

                Plaintiffs,            :      ORDER

        -against-                      :      11 Civ. 7572 (LTS)(MHD)

MARINER III OF FLORIDA, INC.,          :

                Defendant.             :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby ordered that the settlement conference previously scheduled in the above-captioned action for FRIDAY, MARCH 23, 2012 at 10:00 A.M. has been rescheduled for **TUESDAY, APRIL 17, 2012 at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       March 21, 2012

                              SO ORDERED.


                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed today to:

Jeffrey A. Manheimer, Esq.
Fax: (516) 280-3067

James Edward Mercante, Esq.
Michael Evan Stern Rubin, Esq.
Rubin, Fiorella & Friedman, L.L.P.
Fax: (212) 953-2462