```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SUSAN WHALEN and DANIEL WHALEN,      :

                Plaintiffs,          :     ORDER

        -against-                    :     11 Civ. 7572 (LTS)(MHD)

MARINER III OF FLORIDA, INC.,        :

                Defendant.           :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **MONDAY, JUNE 18, 2012** at **9:30 A.M.** at which time the parties are directed to jointly call chambers at **(212) 805-0204** when all parties are on the line. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
       **May 22, 2012**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been faxed today to:

Jeffrey A. Manheimer, Esq.
Fax: (516) 280-3067

James Edward Mercante, Esq.
Michael Evan Stern Rubin, Esq.
Rubin, Fiorella & Friedman, L.L.P.
Fax: (212) 953-2462

Thomas M. Rittweger, Esq.
Hill, Betts & Nash LLP
Fax: (212) 466-0514