UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Susan Whalen and Daniel Whalen

           Plaintiff,

    -against-

Mariner III of Florida, Inc.    Defendant.
------------------------------------------------------------

Case No.  11 Civ 7572 (LTS)(MHD)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**James E. Mercante**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JM 4231    My State Bar Number is 2026466

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: RUBIN, FIORELLA & FRIEDMAN LLP
                FIRM ADDRESS: 292 MADISON AVENUE, NY, NY 10017
                FIRM TELEPHONE NUMBER: 212-953-2381
                FIRM FAX NUMBER: 212-953-2462

NEW FIRM:    FIRM NAME: RUBIN, FIORELLA & FRIEDMAN LLP
                FIRM ADDRESS: 630 THIRD AVENUE, NY, NY 10017
                FIRM TELEPHONE NUMBER: 212-953-2381
                FIRM FAX NUMBER: 212-953-2462

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 20, 2012

ATTORNEY'S SIGNATURE