LAW OFFICES OF

# JEFFREY A. MANHEIMER, P.C.

ALL CORRESPONDENCE TO: 377 OAK STREET • SUITE 210 • GARDEN CITY • NEW YORK 11530
516.280.3065 • FAX: 516.280.3067 • EMAIL: jmanheimer@jmanheimerlaw.com

SUFFOLK: 759 HANDS CREEK ROAD • EAST HAMPTON • NEW YORK 11937
631.604.1930 • FAX: 631.604.1944

July 17, 2012

JEFFREY A. MANHEIMER, ESQ.

MELISSA L. BAUM, ESQ.
ADMITTED NY & NJ BAR

**Via fax 212-805-7928**

Magistrate Judge Michael H. Dolinger
United States district Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

*ENDORSED ORDER*
*Application granted.*
*Reclosure*
*7/17/12*

Re:     Susan Whalen et ano. v. Mariner III of Florida, Inc.
        11-cv-7572

Dear Honorable Dolinger:

We represent plaintiffs in the above captioned matter. We write to request that the settlement conference scheduled for August 3, 2012 be adjourned until September 14, 2012. Counsel for defendants consent to this request. The deposition of the Captain is scheduled for July 26, 2012 and we would appreciate the time to review the transcript and further discuss settlement of this matter.

Respectfully submitted,

Jeffrey A. Manheimer

JAM/dj

Cc: **Via fax 212-953-2462**
    **Rubin, Fiorella & Friedman**
    **Via fax 212-466-0514**
    **Hill, Betts & Nash LLP**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
7/18/12